Bella Usefof v. David Herzenstein, Impleaded.— Motion for stay denied. Settle order on notice.

Frank Ochoa, an Infant, v. Mace Moulton, Jr., as Administrator (No. 1).— Application denied, with ten dollars costs. Order signed.

Frank Ochoa, an Infant, v. Mace Moulton, Jr., as Administrator (No. 2).— Motion for stay denied. Settle order on notice.

James P. Murphy v. Solomon Levy.— Application denied, with ten dollars costs. Order signed.

James P. Murphy v. Solomon Levy.— Motion for stay denied. Settle order on notice.

Bella Usefof v. David Herzenstein, Impleaded.— Application denied, with ten dollars costs. Order signed.

Bella Usefof v. David Herzenstein, Impleaded.— Motion for stay denied. Settle order on notice.

Herbert L. Percy v. Leander S. Sire.— Application denied, with ten dollars costs.

The People of the State of New York, Respondent, v. Salvatore Cicilio, Appellant.— Judgment reversed and new trial ordered. No opinion. Settle order on notice.

The People of the State of New York, Respondent, v. Mary Dale, Appellant. — Judgment affirmed. No opinion.

Mary Rubinsky, Respondent, v. Adrian H. Joline and Douglas Robinson, as Receivers of the New York City Railway Company, Appellants.— Judgment and order affirmed, with costs. No opinion.

Giuseppe Iandiorio, as Administrator, etc., of Giuseppe Maffei, Deceased, Appellant, v. American Silk Dyeing and Finishing Company, Respondent.— Judgment and order affirmed, with costs. No opinion. (Scott and Miller, JJ., dissenting.)

Augustus Linden, Appellant, v. Harold H. Fries, Respondent.— Judgment affirmed, with costs. No opinion.

Etta Abramson, Respondent, v. The Ulster and Delaware Railroad Company, Appellant. Nathan M. Abramson, an Infant, by Ephraim Abramson, His Guardian ad Litem, Respondent, v. The Ulster and Delaware Railroad Company, Appellant.— Judgments and orders affirmed, with costs. No opinion.

Katie Lee, Appellant, v. Emma Nevins, as President of the United Garment Workers of America, Local No. 34, Respondent.— Judgment affirmed, with costs. No opinion.

In the Matter of the Assignment of S. Frederick Mills and Others, Individually and as Copartners under the Firm Name of Mills Brothers & Company, to Edward Harding. In the Matter of the Final Accounting of Edward Harding, as Assignee of S. Frederick Mills and Philip O. Mills, Individually. Effingham Maynard and Richard A. Canfield, Appellants; Edward Harding, Assignee, and Annie M. Mills, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Arthur D. Clough, as Trustee of Jacob B. Price Bankrupt, Appellant, v. Gatti-McQuade Company, Respondent.— Judgment affirmed, with costs. No opinion.